IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, ROBERT HOOVER, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO, BENJAMIN CAPP, and WILLIAM McCONNELL, as Trustees of, and on behalf of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, 620 F Street, NW, Suite 700 Washington, DC 20004-1604 (202) 783-3788, <br><br> Plaintiffs, <br><br> v. <br><br> TERRAZZO & RESILIENT FLOORS, INC. 4223 Mahoning Road NE Canton, OH 44705-4844, <br><br> MJK ENTERPRISES, INC. 4223 Mahoning Road NE Canton, OH 44705-4844, <br><br> JEFFREY KOHMANN, INDIVIDUALLY 13255 Kaufman Avenue NW Hartville, OH 44632-9040, <br><br> and <br><br> MICHELLE KOHMANN, INDIVIDUALLY 13255 Kaufman Avenue NW Hartville, OH 44632-9040, <br><br> Defendants. | Civil Action No. 1:08-cv-00488-RBW |

## CONSENT MOTION FOR TODD S. BUNDY TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Defendants MJK Enterprises, Inc., Jeffrey Kohmann, and Michelle Kohmann ("Defendants"), by and through their undersigned counsel,

David P. Murray, a member of the Bar of this Court, respectfully move that Todd S. Bundy be admitted *pro hac vice* in the above-captioned case.

In support of this motion, the undersigned represents:

1. Todd S. Bundy is a member of the law firm of Black McCuskey Souers & Arbaugh, 1000 Unizan Plaza, 220 Market Avenue South, Canton, Ohio 44702.

2. Mr. Bundy is a member in good standing of the Bar of the State of Ohio. He is also admitted to practice before the United States Court of Appeals for the Sixth Circuit, the United States District Courts for the Northern and Southern Districts of Ohio, and the United States Tax Court. He is a member in good standing of all of the aforementioned courts, and has not been disciplined by any bar.

3. Mr. Bundy has not been admitted *pro hac vice* in this Court within the last two years.

4. Pursuant to Local Civil Rule 7(m), I conferred with counsel for Plaintiffs and am authorized to state that this motion is unopposed.

WHEREFORE, Defendants, by and through their undersigned counsel, move that this Court enter an Order permitting Todd S. Bundy to appear *pro hac vice* in the above-captioned lawsuit.

Washington, D.C.
May 13, 2008

/s/ David P. Murray

David P. Murray (D.C. Bar No. 401158)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: 202-303-1000
Facsimile: 202-303-2000
Email: dmurray@willkie.com

*Attorney for Defendants MJK Enterprises, Inc., Jeffrey Kohmann, and Michelle Kohmann*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, ROBERT HOOVER, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO, BENJAMIN CAPP, and WILLIAM McCONNELL, as Trustees of, and on behalf of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, 620 F Street, NW, Suite 700 Washington, DC 20004-1604 (202) 783-3788, <br><br>        Plaintiffs, <br><br>        v. <br><br>TERRAZZO & RESILIENT FLOORS, INC. 4223 Mahoning Road NE Canton, OH 44705-4844, <br><br>MJK ENTERPRISES, INC. 4223 Mahoning Road NE Canton, OH 44705-4844, <br><br>JEFFREY KOHMANN, INDIVIDUALLY 13255 Kaufman Avenue NW Hartville, OH 44632-9040, <br><br>and <br><br>MICHELLE KOHMANN, INDIVIDUALLY 13255 Kaufman Avenue NW Hartville, OH 44632-9040, <br><br>        Defendants. | Civil Action No. 1:08-cv-00488-RBW |

## **PROPOSED ORDER**

Pursuant to Local Civil Rule 83.2(d), the consent motion for pro hac vice admission of Todd S. Bundy is hereby GRANTED.

- 2 -

Dated this _____ day of _____, 2008.

						_____
						United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, ROBERT HOOVER, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO, BENJAMIN CAPP, and WILLIAM McCONNELL, as Trustees of, and on behalf of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, 620 F Street, NW, Suite 700 Washington, DC 20004-1604 (202) 783-3788, <br><br>Plaintiffs, <br><br>v. <br><br>TERRAZZO & RESILIENT FLOORS, INC. 4223 Mahoning Road NE Canton, OH 44705-4844, <br><br>MJK ENTERPRISES, INC. 4223 Mahoning Road NE Canton, OH 44705-4844, <br><br>JEFFREY KOHMANN, INDIVIDUALLY 13255 Kaufman Avenue NW Hartville, OH 44632-9040, <br><br>and <br><br>MICHELLE KOHMANN, INDIVIDUALLY 13255 Kaufman Avenue NW Hartville, OH 44632-9040, <br><br>Defendants. | Civil Action No. 1:08-cv-00488-RBW |

## DECLARATION OF TODD S. BUNDY

I, TODD S. BUNDY, declare as follows pursuant to Local Civil Rule 83.2(d):

1. I am a member of the law firm of Black McCuskey Souers & Arbaugh.

2.     My office address is 1000 Unizan Plaza, 220 Market Avenue South, Canton, Ohio 44702. My office telephone number is (330) 456-8341; my office facsimile number is (330) 456-5756.

3.     I am a member in good standing of the Bar of the State of Ohio. I am also admitted to practice before the United States Courts of Appeals for the Sixth Circuit, the United States District Courts for the Northern and Southern Districts of Ohio, and the United States Tax Court.

4.     I have not been disciplined by any bar.

5.     I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of May, 2008, in Canton, Ohio.

Todd S. Bundy
BLACK McCUSKEY SOUERS &
ARBAUGH
1000 Unizan Plaza
220 Market Avenue South
Canton, OH 44702
Telephone: (330) 456-8341
Facsimile: (330) 456-5756
Email: TBundy@bmsa.com

*Attorney for Defendants MJK Enterprises, Inc., Jeffrey Kohmann, and Michelle Kohmann*

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Todd Stephen Bundy

was admitted to the practice of law in Ohio on November 07, 1980; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 2nd day of May, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*