IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et al., ) | Civil Action No. 1:08-cv-00488-RBW |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| TERRAZZO & RESILIENT FLOORS, ) | ANSWER OF DEFENDANTS |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

For their answer to the complaint of the Plaintiffs, Defendants, Terrazzo & Resilient Floors, Inc.; MJK Enterprises, LLC; Jeffrey Kohmann and Michelle Kohmann state as follows:

1. Defendants deny that jurisdiction and venue is conferred on this court, in so far as that Defendants, MJK Enterprises, LLC; Jeffrey Kohmann and Michelle Kohmann were not and never were parties to the Plan and Trust Agreements adopted by the Plaintiffs.

2. Defendants admit the allegations contained in paragraph 3 of the Complaint.

3. Defendants, in response to the allegations set forth in paragraph 4 of the Complaint, deny that Defendant, Jeffrey Kohmann had any ownership interest in Defendant, Terrazzo & Resilient Floors, Inc. In response to the remaining allegations set forth in paragraph 4 of the complaint, Defendants admit that Jeffrey Kohmann is an officer and an owner of Defendant, MJK Enterprises, LLC. Mr. Kohmann is not a "controlling owner" of Defendant MJK Enterprises, LLC.

4.      Defendants, in response to the allegations set forth in paragraph 5 of the Complaint, deny that Defendant, Michelle Kohmann was a principal officer or a controlling owner of Defendant, Terrazzo & Resilient Floors, Inc. Michelle Kohmann is an officer of Defendant, MJK Enterprises, LLC and she is the daughter of Harry Bernardon, the former owner of Defendant, Terrazzo & Resilient Floors, Inc.

5.      In response to the allegations contained in paragraph 6 of the Complaint, Defendants state that Terrazzo & Resilient Floors, Inc. is no longer conducting business in the state of Ohio and has no employees, and therefore, denies said allegations.

6.      Defendants admit that MJK Enterprises, LLC (wrongly named in the Complaint as MJK Enterprises, Inc.) is conducting business in the state of Ohio.

7.      Defendants deny each and every allegation set forth in paragraph 8 of the Complaint, except they do admit that Jeffrey Kohmann and Michelle Kohmann are the owners of Defendant, MJK Enterprises, LLC.

8.      Defendants deny the allegations set forth in paragraphs 9 and 10 of the Complaint.

9.      Defendants admit that Plaintiffs took the action described in paragraphs 11, 12 and 13 of the Complaint, but deny that Terrazzo & Resilient Floors, Inc. was liable for the payment of any Withdrawal Liability.

10.     Defendants admit the allegations contained in paragraphs 14 and 15 of the Complaint.

11.     Defendants deny the allegations contained in paragraphs 16 and 17 of the Complaint.

12.  Defendants admit the allegations contained in paragraphs 18 and 19 of the Complaint.

13.  Defendants deny the allegations contained in paragraphs 20 and 21 of the Complaint.

14.  Defendants admit the allegations contained in paragraphs 22 and 23 of the Complaint. In further answering said allegations, Defendants state that counsel for Terrazzo & Resilient Floors, Inc. was without authority to enter into a stipulated judgment.

15.  Defendants deny each and every allegation contained in paragraphs 24, 25 and 26 of the Complaint.

16.  Defendants, in response to the allegations contained in paragraph 27 of the Complaint, deny that Defendants have violated 29 U.S.C. § 1392(c).

17.  Defendants, in response to the allegations contained in paragraph 28 of the Complaint, deny that Defendants have violated 29 U.S.C. § 1392(c) or 29 U.S.C. § 1451(a)(1).

18.  Defendants deny each and every allegation contained in paragraphs 29 and 30 of the Complaint.

WHEREFORE, Defendants demand that the Complaint be dismissed, and that judgment be rendered against Plaintiffs for all attorneys' fees and expenses incurred by Defendants in the defense of this action.

Respectfully submitted,

By: _____
Todd S. Bundy (Ohio Bar #0014969)*
Black, McCuskey, Souers & Arbaugh
220 Market Avenue South, Suite 1000
Canton, Ohio 44702
Telephone: (330) 456-8341
Telefax: (330) 456-5756
Email: tbundy@bmsa.com
* Admitted Pro Hac Vice

Attorney for Defendants


David P. Murray (D.C. bar No. 401158)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006-1238
Telephone: 202-303-1000
Facsimile: 202-303-2000
Email: dmurray@willkie.com

Attorney for Defendants

G:\TSB\Pleadings\Answer - Flynn v Tarazzo (MJK) 5.29.8.doc\05/29/08\jal